# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Barbara G. Zuleger, et al., | Civ. No. 23-1554 (JWB/DTS) |
| Plaintiffs, | |
| v. | **ORDER FOR DISMISSAL** |
| Real Time Resolutions, Inc., | |
| Defendant. | |

The parties have filed a Stipulation of Dismissal (Doc. No. 39). Based on that Stipulation, this matter is **DISMISSED WITH PREJUDICE** and judgment will be entered. Each party to bear their own costs, disbursements, and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 20, 2024                          *s/ Jerry W. Blackwell*
                                               JERRY W. BLACKWELL
                                               United States District Court Judge

2924879