# UNITED STATES DISTRICT COURT
## District of Minnesota

Barbara G. Zuleger, Clarence T. Zuleger

                Plaintiffs,

v.

Real Time Resolutions, Inc.

                Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 23-cv-01554-JWB-DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This matter is **DISMISSED WITH PREJUDICE** and judgment will be entered. Each party to bear their own costs, disbursements, and attorneys' fees.

Date: 3/20/2024

KATE M. FOGARTY, CLERK